# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| HELEN YOUNGBLOOD, | ) | CASE NO. 4:17-cv-1744 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BOARD OF COMMISSIONERS OF MAHONING COUNTY, OHIO, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

This matter comes before the Court upon the parties' Stipulation of Dismissal. (Doc. No. 16.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), parties may stipulate to dismissal of an action by filing a stipulation of dismissal signed by all parties who have appeared. The parties in this case have entered into such a stipulation and, therefore, this case is closed.

**IT IS SO ORDERED**.

Dated: June 13, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**